Case 1:07-mc-00084 Document 1 Filed 12/13/2007 Page 1 of 1

07 mc 84

FILED

**CHAMBERS COPY**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

U.S. DISTRICT COURT
W.D.N.Y. BUFFALO

Empire Beef Co., Inc.
d/b/a Empire Beef & Redistribution Company,

*Chapter 11 Debtor*,

Case No. 07-22226

Empire Beef Co., Inc.
d/b/a Empire Beef & Redistribution Company
171 Weidner Road
Rochester, New York 14624,

*Plaintiff*,

-vs-

Victory Foods Services, Inc. d/b/a Victory Foods,
Dennis V. Demers
481 Dyer Avenue
Cranston, Rhode Island 02920,

*Defendant*.

**ORDER GRANTING JUDGMENT BY DEFAULT**
**[Bankruptcy Rule 7055(b)(2)]**
**(Core Proceeding)**

Adversary Proceeding No.
2-07-02126-JCN

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of New York.
DOCUMENT
Date Filed: 12/13/07
Rodney C. Early, Clerk
By: [signature] Deputy Clerk

The Fact of Default was certified and entered by the Clerk of Court against Defendant, Victory Foods Services, Inc. d/b/a Victory Foods ("Defendant"), on 12/10/07, 2007, pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule") 7055(a). Plaintiff has made application to this Court for the entry of a Judgment by Default, pursuant to Bankruptcy Rule 7055(b)(2). It appears from the Application submitted by Plaintiff that: (1) Defendant is not an infant or incompetent person; (2) Defendant is not in the military service of the United States; and (3) Defendant is not the Debtor. It further appears from the Complaint that Plaintiff has stated a cause of action for which relief can be granted by this Court.

Therefore, pursuant to Bankruptcy Rule 7055(b)(2), on application of the Plaintiff, it is hereby:

**ORDERED, ADJUDGED AND DECREED**, that Judgment by Default be and is hereby, granted and shall be entered against Defendant Victory Foods Services, Inc. d/b/a Victory Foods in the principal amount of $31,976.31, together with costs in the amount of $250.00, for a Judgment by Default in the total amount of $32,226.31. This Judgment by Default will bear post-judgment interest at the rate of 3.11 % per-annum from the date of entry of this Judgment by Default until paid in full.

Dated: 12/10, 2007

FILED
DEC 10 2007
BANKRUPTCY COURT
ROCHESTER, N.Y.

[signature]
Hon. John C. Ninfo, II, U.S.B.J.

CERTIFIED COPY
ATTEST: A TRUE COPY
PAUL R. WARREN
Clerk of the Court
By [signature]
Deputy Clerk
Original Filed 12/10/2007

**ORIGINAL**